| | |
|---|---|
| **LAW OFFICES OF NOLAN KLEIN, P.A.** | **ATTORNEYS & COUNSELORS** |

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**633 S. ANDREWS AVE., SUITE 500**
**FORT LAUDERDALE, FL 33301**
**PH: (954) 745-0588**

www.nklegal.com

Nolan Klein, Esq.
klein@nklegal.com

March 24, 2022

> The application for an adjournment is **GRANTED**. The initial pretrial conference scheduled for April 20, 2022, is adjourned to **April 27, 2022, at 4:30 p.m.,** on the following conference line: 888-363-4749, access code: 558-3333.  By **April 20, 2022**, the parties shall file a joint letter and proposed case management plan.  The Clerk of Court is respectfully directed to close the motion at Docket No. 8.
>
> Dated: March 25, 2022
> New York, New York
>
> _/s/ Lorna G. Schofield_
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Juscinska v. 60 Up, LLC, et al.*
             SDNY Case No.: 1:22-cv-01549

Dear Judge Schofield:

    This office represents the Plaintiff, Natalia Juscinska, in the above-captioned case. An initial pre-trial conference is scheduled for April 20, 2022 at 4:30 p.m.

    Counsel for Plaintiff will be on vacation from April 13, 2022 through April 22, 2022, and therefore will not be available for the conference on this date and time. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

    We thank the Court for your time and consideration in this matter.

                              Respectfully Submitted,

                              **Law Offices of Nolan Klein, P.A.**

                              By:   */s/ Nolan Klein*
                                   NOLAN KLEIN (NK4223)

NKK/amd