LAW OFFICES OF NOLAN KLEIN, P.A.     ATTORNEYS & COUNSELORS

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**633 S. ANDREWS AVE., SUITE 500**
**FORT LAUDERDALE, FL 33301**
**PH: (954) 745-0588**

Nolan Klein, Esq.
klein@nklegal.com

www.nklegal.com

April 20, 2022

> The application is **GRANTED**. The initial pretrial conference scheduled for April 27, 2022, at 4:30 p.m., is **adjourned** to **May 25, 2022, at 4:30 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333. By **May 18, 2022**, the parties shall file a joint letter and proposed case management plan. The Clerk of Court is respectfully directed to close the motion at Docket No. 10.
>
> Dated: April 21, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:     *Juscinska v. 60 Up, LLC, et al.*
             *SDNY Case No.: 1:22-cv-01549*

Dear Judge Schofield:

    This office represents the Plaintiff, Natalia Juscinska, in the above-captioned case. An initial pre-trial conference is scheduled for April 27, 2022 at 4:30 p.m.

    The parties' case management plan is due April 20, 2022. To date, Defendants 60 UP, LLC and 301 W. 45 Realty, LLC, have not made an appearance or returned the waivers of service forms that were delivered to them. Accordingly, Plaintiff has proceeded to serve both defendants directly. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time to allow time for Defendants to make an appearance. This is the second request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

    We thank the Court for your time and consideration in this matter.

                                 Respectfully Submitted,

                                 **Law Offices of Nolan Klein, P.A.**

                                 By:    */s/ Nolan Klein*
                                          NOLAN KLEIN (NK4223)

NKK/amd